IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

STEPHANIE GOETTL VANDER PAS,

    Plaintiff,

v.                                    Case No. 21C1148

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

    Defendant.

## DEFENDANT'S MOTION TO COMPEL DISCOVERY, STAY CASE DEADLINES, AND FOR RULE 37 SANCTIONS

    Please take notice that the Defendant, by its counsel Attorney General Joshua Kaul and Assistant Attorneys General Rachel Bachhuber, Katherine Polich, and Jennifer Remington, hereby brings this motion under Fed. R. Civ. P. 37 to dismiss Plaintiff's claims as a sanction for spoliation of evidence, or in the alternative, to compel discovery and stay all case deadlines. The specific grounds for this motion are stated in the brief in support of the motion, filed herewith.

    WHEREFORE, the Defendant requests the Court dismiss the Plaintiff's claims in their entirety.

    Dated: January 30, 2023.

                                          Respectfully submitted,

                                          JOSHUA L. KAUL
                                          Attorney General of Wisconsin

                                                <u>s/Katherine C. Polich</u>
                                                KATHERINE C. POLICH
Assistant Attorney General
State Bar #1065796

RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

JENNIFER R. REMINGTON
Assistant Attorney General
State Bar #1098838

Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 267-7163 (Polich)
(608) 267-2230 (Remington)
(608) 294-2907 (Fax)
bachhuberrl@doj.state.wi.us
polichkc@doj.state.wi.us
remingtonjr@doj.state.wi.us