IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

STEPHANIE GOETTL VANDER PAS,

    Plaintiff,

v.　　　　　　　　　　　　　　　Case No. 21C1148

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

    Defendant.

## DECLARATION OF HEATHER CHERMAK

I, **HEATHER CHERMAK**, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct:

1. I make this declaration based on my personal knowledge and my review of records maintained by and kept in the course of regularly conducted activities of the University of Wisconsin Whiteater (UW-Whitewater).

2. I am employed by UW-Whitewater as a University Registrar in the Registrar's office.

3. In this position, I have access to UW-Whitewater's student records including enrollment and curricular information.

4. I reviewed Stephanie (Goettl) Vander Pas's academic record and verified she completed the following graduate courses at UW-Whitewater:

    a. Fall 2015 semester:

        i. ECON 703 – in-person course

  ii. MARKTNG 716 – in-person course

 b. Spring 2016 semester:

  i. BEINDP 740 – online course

  ii. ECON 736 – in-person course

  iii. ITSCM 745 – in-person course

 c. Fall 2016 semester:

  i. MANGEMNT 757 – online course

 d. Spring 2017 semester:

  i. ITSCM 715 – in-person course

  ii. ITSCM 719 – online course

  iii. MANGEMNT 759 – online course

 e. Fall 2017 semester:

  i. ACCOUNT 701 – online course

  ii. ITSCM 770 – in-person course

  iii. MARKTNG 747 – in-person course

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 13, 2023

*Heather A Chermak*
Heather Chermak