# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

STEPHANIE GOETTL VANDER PAS,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM,

    Defendant.

Case No. 21-CV-1148-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Board of Regents of the University of Wisconsin System's motion to compel and for sanctions, ECF No. 31, be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

March 27, 2023
Date