IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

STEPHANIE GOETTL VANDER PAS,

    Plaintiff,

v.                                       Case No. 21C1148

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

    Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO PROPOSED BILL OF COSTS

Plaintiff filed an objection to Defendant's bill of costs, docket 76, and indicated the grounds for her objection are set forth in Plaintiff's brief in opposition to Defendant's bill of costs and petition and itemization of costs and fees, docket 71. Similarly, the grounds for Defendant's response to Plaintiff's objection are set forth in Defendant's reply brief in support of its motion and itemization of costs and fees filed on May 1, 2023. (Dkt. 75.)

Dated this 18th day of May, 2023.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/Rachel L. Bachhuber
RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

KATHERINE C. POLICH
Assistant Attorney General
State Bar #106579

JENNIFER R. REMINGTON
Assistant Attorney General
State Bar #1098838

Attorneys for Defendant.

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 267-7163 (Polich)
(608) 267-2230 (Remington)
(608) 294-2907 (Fax)
bachhuberrl@doj.state.wi.us
polichkc@doj.state.wi.us
remingtonjr@doj.state.wi.us