UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEPHANIE GOETTL VANDER PAS,   File No.: 2:21-cv-01148

   Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

   Defendant.

---

### SATISFACTION OF COSTS AND ATTORNEY FEES

---

**WHEREAS**, costs of $6,284.09 were taxed in the above-entitled action in favor of Defendant, Board of Regents of the University of Wisconsin System ("Board of Regents"), and against Plaintiff, Stephanie Goettl Vander Pas ("Stephanie").

**WHEREAS**, attorney fees in the amount of $8,858.75 were ordered to be paid to the Board of Regents by Stephanie's counsel.

**NOW, THEREFORE**, the Board of Regents hereby acknowledges full satisfaction of said costs and attorney fees and discharges the same.

Dated this 24th day of July, 2023.

       JOSHUA L. KAUL
       Attorney General of Wisconsin

       Electronically signed by:

       s/Rachel L. Bachhuber
       RACHEL L. BACHHUBER
       Assistant Attorney General
       State Bar #1052533

KATHERINE C. POLICH
Assistant Attorney General
State Bar #106579

JENNIFER R. REMINGTON
Assistant Attorney General
State Bar #1098838

Attorneys for Defendant.

Lisle W. Blackbourn
GODFREY, LEIBSLE,
 BLACKBOURN & HOWARTH, S.C.
354 Seymour Court
Elkhorn, WI 53121
Telephone: 262-723-3220
Facsimile: 262-723-7538
Email: lblackbourn@godfreylaw.com